# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* **VISUAL SEMICONDUCTOR, INC.**, *et al.*, : : : **Petitioner**, : : : : | Civ. No. 24-6548 |

## O R D E R

**AND NOW**, this 10th day of December, 2024, upon consideration of Petitioners' Emergency Joint Petition (Doc. No. 1), it is hereby **ORDERED** that all interested Parties **SHALL RESPOND** to Petitioner's filing no later than **December 11, 2024 at 12 p.m.**  Petitioners **SHALL IMMEDIATELY** serve all interested Parties with a copy of this Order.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.