IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re VISUAL SEMICONDUCTOR, INC., et al.,** | : <br> : <br> : <br> : **Civ. No. 24-6548-PD** <br> : <br> : |
| *Petitioner.* | |

## NOTICE OF APPEARANCE

Please enter the appearance of Edmond M. George, Esq. as counsel for William A. Homony, Chapter 11 Trustee, in the above-captioned matter.

Respectfully submitted,

*/s/ Edmond M. George*
Michael D. Vagnoni, Esq. (Pa. I.D. No. 78374)
Edmond M. George, Esq. (Pa. I.D. No. 45969)
OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(t) 215-665-3000
(f) 215-665-3065
michael.vagnoni@obermayer.com
edmond.george@obermayer.com

*Attorneys for William A. Homony,*
*Chapter 11 Trustee*

Dated: December 10, 2024

4936-7447-0405

## CERTIFICATE OF SERVICE

  I, Edmond M. George, hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of the Court, using the CM/ECF system, which will send notification of the filing to all counsel of record.

                  */s/ Edmond M. George*
                  Edmond M. George, Esq.

4936-7447-0405