**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* VISUAL SEMICONDUCTOR, INC., *et al.*,<br><br>      Petitioner, | Civ. No. 24-6548-PD |

**NOTICE OF APPEARANCE**

Please enter the appearance of Steven L. Caponi of K&L Gates LLP, 600 N. King Street, Suite 901, Wilmington, DE 19801 as counsel for Hawk Investment Holdings Ltd. in the above-captioned matter.

Dated: December 11, 2024         **K&L GATES LLP**

                                          */s/ Steven L. Caponi*
                                          Steven L. Caponi, Esq. (No. 91881)
                                          600 King Street, Suite 901
                                          Wilmington, DE 19801
                                          Telephone: (302) 416-7000
                                          Facsimile: (302) 416-7020
                                          Email: Steven.caponi@klgates.com

                                          *Attorneys for Hawk Investment Holdings Ltd.*

## **CERTIFICATE OF SERVICE**

I, Steven L. Caponi, certify that on December 12, 2024, I caused a copy of the foregoing *Notice of Appearance* to be served on those persons receiving notice through CM/ECF.

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 91881)