## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | **:** | |
| **In re VISUAL SEMICONDUCTOR, :** | **:** | |
| **INC., et al.,** | **:** | |
| | **:** | **Civ. No. 24-6548-PD** |
| *Petitioner.* | **:** | |
| | **:** | |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven M. Coren, Esq. as counsel for William A. Homony,

Chapter 11 Trustee, in the above-captioned matter.


Respectfully submitted,

*/s/ Steven M. Coren*
Steven M. Coren, Esquire (Pa. I.D. No. 32140)
Andrew J. Belli, Esquire (Pa. I.D. No. 208100)
COREN & RESS, P.C.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
(215) 735-8700 – Telephone
(215) 735-5170 – Facsimile
scoren@kcr-law.com
abelli@kcr-law.com

*Attorneys for William A. Homony,*
*Chapter 11 Trustee*

Dated: December 11, 2024

4930-3529-8309

## CERTIFICATE OF SERVICE

I, Steven M. Coren, hereby certify that I electronically filed the foregoing Notice of

Appearance with the Clerk of the Court, using the CM/ECF system, which will send notification

of the filing to all counsel of record.

*/s/ Steven M. Coren*
Steven M. Coren, Esq.

4930-3529-8309