## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re VISUAL SEMICONDUCTOR, INC., et al.,** : : : : : *Petitioner.* : : | **Civ. No. 24-6548-PD** |

### NOTICE OF APPEARANCE

Please enter the appearance of Andrew J. Belli, Esq. as counsel for William A. Homony, Chapter 11 Trustee, in the above-captioned matter.

                Respectfully submitted,

                */s/ Andrew J. Belli*
                Steven M. Coren, Esquire (Pa. I.D. No. 32140)
                Andrew J. Belli, Esquire (Pa. I.D. No. 208100)
                COREN & RESS, P.C.
                Two Commerce Square
                2001 Market Street, Suite 3900,
                Philadelphia, PA 19103
                (215) 735-8700 – Telephone
                (215) 735-5170 – Facsimile
                scoren@kcr-law.com
                abelli@kcr-law.com

                *Attorneys for William A. Homony,*
                *Chapter 11 Trustee*

Dated: December 11, 2024

4917-1212-6469

## CERTIFICATE OF SERVICE

    I, Andrew J. Belli, hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of the Court, using the CM/ECF system, which will send notification of the filing to all counsel of record.

                                              */s/ Andrew J. Belli*
                                              Andrew J. Belli, Esq.

4917-1212-6469